# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MITSUBISHI ELECTRIC CORP. (alternatively named MITSUBISHI DENKI KABUSHIKI KAISHA), KONINKLIJKE PHILIPS N.V, THOMSON LICENSING, GE TECHNOLOGY DEVELOPMENT, INC., PANASONIC CORPORATION, and SONY CORPORATION, <br><br>    *Plaintiffs*, <br><br> v. <br><br><br> CRAIG ELECTRONICS INC., <br><br>    *Defendant*. | Civil Action No. 9:13-cv-80738-DMM <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SETTLEMENT BETWEEN
## THE PATENT OWNERS AND CRAIG ELECTRONICS INC.

Plaintiffs Mitsubishi Electric Corp. (alternatively named Mitsubishi Denki Kabushiki Kaisha), Koninklijke Philips N.V., Thomson Licensing, GE Technology Development, Inc., Panasonic Corporation, and Sony Corporation (the "Patent Owners"), and defendant Craig Electronics, Inc. ("Craig"), through their undersigned counsel, hereby notify the Court that they have reached a final and complete settlement of all claims and counterclaims in this action. A form of dismissal shall be provided to the Court within approximately seven (7) days.

Dated: February 21, 2014                                                  Respectfully submitted,


LOTT & FISCHER                                                            PROSKAUER ROSE LLP
355 Alhambra Circle, Suite 1100                                           2255 Glades Road, Suite 421 Atrium
Coral Gables, FL 33134-1098                                               Boca Raton, FL 33431
Telephone: 305-448-7089                                                   Telephone: (561) 241-7400
Facsimile: 305-446-6191                                                   Facsimile:  (561) 241-7145

/s/ *Ury Fischer*                                                         /s/ *Steven M. Bauer*
Ury Fischer                                                               Matthew Triggs
ufischer@lottfischer.com                                                  Florida Bar No. 0865745
Florida Bar No. 048534                                                    mtriggs@proskauer.com
Adam Diamond                                                              Payal Salsburg
adiamond@lottfischer.com                                                  Florida Bar No. 0057038
Florida Bar No. 091008                                                    psalsburg@proskauer.com

*Attorneys for Defendant*                                                 PROSKAUER ROSE LLP
                                                                          Steven M. Bauer (*pro hac vice*)
                                                                          Justin J. Daniels (*pro hac vice*)
                                                                          Baldassare Vinti (*pro hac vice*)
                                                                          One International Place
                                                                          Boston, MA 02110
                                                                          (617) 526-9600

                                                                          *Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on this 21st day of February, 2014, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Ury Fischer*

**SERVICE LIST:**

PROSKAUER ROSE LLP
Matthew Triggs
Payal Salsburg
2255 Glades Road, Suite 421 Atrium
Boca Raton, FL 33431
Telephone: (561) 241-7400
Facsimile:  (561) 241-7145

PROSKAUER ROSE LLP
Steven M. Bauer
Justin J. Daniels
Baldassare Vinti
One International Place
Boston, MA 02110
Telephone: (617) 526-9600

*Attorneys for Plaintiffs*