IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MITSUBISHI ELECTRIC CORP. (alternatively named MITSUBISHI DENKI KABUSHIKI KAISHA), KONINKLIJKE PHILIPS N.V, THOMSON LICENSING, GE TECHNOLOGY DEVELOPMENT, INC., PANASONIC CORPORATION, and SONY CORPORATION,<br><br>     *Plaintiffs*,<br><br>v.<br><br>CRAIG ELECTRONICS INC.,<br><br>     *Defendant*. | Civil Action No. 9:13-cv-80738-DMM<br><br>JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rules 41(a)(2) and (c) of the Federal Rules of Civil Procedure, Plaintiffs Mitsubishi Electric Corp. (alternatively named Mitsubishi Denki Kabushiki Kaisha), Koninklijke Philips N.V., Thomson Licensing, GE Technology Development, Inc., Panasonic Corporation, and Sony Corporation (together, "Plaintiffs"), and defendant Craig Electronics, Inc. ("Craig"), through their undersigned counsel, hereby jointly stipulate to:

  (1) the dismissal WITH PREJUDICE of Plaintiffs' Claims;

  (2) the dismissal WITHOUT PEJUDICE of Craig's Counterclaims;

  (3) denying AS MOOT, Craig's pending Motion to Continue Certain Pretrial Deadlines [DE-81]; and

  (4) each party bearing its own costs, expenses and attorneys' fees.

| | |
|---|---|
| Dated: February 26, 2014 | Respectfully submitted, |
| LOTT & FISCHER<br>355 Alhambra Circle, Suite 1100<br>Coral Gables, FL 33134-1098<br>Telephone: 305-448-7089<br>Facsimile: 305-446-6191 | PROSKAUER ROSE LLP<br>2255 Glades Road, Suite 421 Atrium<br>Boca Raton, FL 33431<br>Telephone: (561) 241-7400<br>Facsimile:  (561) 241-7145 |
| /s/ *Ury Fischer*<br>Ury Fischer<br>ufischer@lottfischer.com<br>Florida Bar No. 048534<br>Adam Diamond<br>adiamond@lottfischer.com<br>Florida Bar No. 091008 | /s/ *Steven M. Bauer*<br>Matthew Triggs<br>Florida Bar No. 0865745<br>mtriggs@proskauer.com<br>Payal Salsburg<br>Florida Bar No. 0057038<br>psalsburg@proskauer.com |
| *Attorneys for Defendant* | PROSKAUER ROSE LLP<br>Steven M. Bauer (*pro hac vice*)<br>Justin J. Daniels (*pro hac vice*)<br>Baldassare Vinti (*pro hac vice*)<br>One International Place<br>Boston, MA 02110<br>(617) 526-9600<br><br>*Attorneys for Plaintiffs* |

      DONE AND ORDERED in Chambers at West Palm Beach, Florida, this __ day of

_____, 2014.

                                                     _____<br>
                                                     DONALD M. MIDDLEBROOKS<br>
                                                     UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record.

**Certificate of Service**

I hereby certify that on this 26th day of February, 2014, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Payal Salsburg*

**SERVICE LIST:**

LOTT & FISCHER
Ury Fischer
Adam Diamond
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Telephone: 305-448-7089
Facsimile: 305-446-6191
*Attorneys for Defendants Craig Electronics Inc.*